MURRAY et al. v. MILLER et al. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by William Murray and others against Walter T. Miller and others. Submission of controversy on agreed case. Judgment for plaintiffs. Benjamin N. Cardozo, for plaintiffs. A. C. Brown, for defendants.

INGRAHAM, J. The question presented upon this appeal is the same as that presented in William Murray v. Walter T. Miller (decided herewith) 83 N. Y. Supp. 591; and for the

reasons stated in the opinion in that case judgment is directed for the plaintiff as prayed for, with costs. All concur, HATCH, J., in result.